ANTHONY LORENZO *v.* FRANK B. HALL
AND COMPANY, INC., ET AL.
(7163)

DUPONT, C. J., NORCOTT and FOTI, Js.

Submitted on briefs January 12—decision released January 18, 1989

*Robert E. Beach, Jr.,* for the appellants (defendants).

*Gerald F. Stevens* for the appellee (plaintiff).

PER CURIAM. There is no error.